1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MAIRENA TINOCO,<br><br>                          Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; PATRICK DIVVER, Field Office Director, San Diego Office, U.S. Immigration and Customs Enforcement; and PAMELA BONDI, Attorney General, U.S. Department of Justice,<br><br>                          Respondents. | Case No.: 26-cv-0605-JES-SBC<br><br>**ORDER SETTING HEARING** |

      Before the Court is Petitioner Mary Mairena Tinoco's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on January 30, 2026. ECF No. 1 ("Pet."). Respondents missed their deadline to respond to the Petition, and Petitioner filed a Traverse asking for relief on that basis. ECF No. 3. Respondents then filed a return to the Petition. ECF No. 5 ("Return"). The Court granted Petitioner leave to file an additional

1

1  Traverse addressing the issues raised in the Return, which Petitioner did file on February
2  10, 2026. ECF Nos. 6, 7.
3      Having reviewed the briefing, the Court finds a hearing necessary to determine the
4  legal issues in this matter. The Court hereby **SETS** a hearing for **Wednesday, February
5  18, 2026, at 10:00 a.m.**
6      **IT IS SO ORDERED.**
7  Dated: February 11, 2026

*(signature)*

Honorable James E. Simmons Jr.
United States District Judge